# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## EASTERN DIVISION AT COLUMBUS

| | | |
|---|---|---|
| DARNELL TRIPLETT, | : | CASE NO. 2:23cv2619 |
| | : | |
| Petitioner, | : | JUDGE ALGENON L. MARBLEY |
| | : | |
| v. | : | MAGISTRATE JUDGE |
| | : | KIMBERLY A. JOLSON |
| | : | |
| EXECUTIVE DIRECTOR | : | |
| DENNIS SULLIVAN, | : | |
| | : | |
| Respondent. | : | |

## NOTICE OF APPEARANCE OF COUNSEL

Please take notice that Assistant Attorney General Hilda Rosenberg is making an appearance as counsel for the Respondent in the within action.

Respectfully submitted,

DAVE YOST (0056290)
Ohio Attorney General


s/Hilda Rosenberg
HILDA ROSENBERG (0043814)
Assistant Attorney General
Criminal Justice Section
8040 Hosbrook Rd., Suite 300
Cincinnati, Ohio 45236
(513) 852-1564
(866) 916-2649 (Fax)
Hilda.Rosenberg@OhioAGO.gov

## CERTIFICATE OF SERVICE

I hereby certify that on August 22, 2023, a copy of the foregoing *Notice of Appearance of Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

    s/Hilda Rosenberg
    HILDA ROSENBERG
    Assistant Attorney General